# Order

Michigan Supreme Court
Lansing, Michigan

February 1, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

156086(101)

RITA KENDZIERSKI, BONNIE HAINES, GREG DENNIS, LOUISE BERTOLINI, JOHN BARKER, JAMES COWAN, VINCENT POWIERSKI, ROBERT STANLEY, ALAN MOROSCHAN, and GAER GUERBER, on Behalf of Themselves and All Others Similarly Situated,

      Plaintiffs-Appellees,

v

MACOMB COUNTY,

      Defendant-Appellant.

_____/

SC: 156086
COA: 329576
Macomb CC: 2010-001380-CK

Upon de novo review by the entire Court in accordance with MCR 2.003(D)(2)(b), the Court orders that the motion of plaintiffs-appellees to disqualify Justice David F. Viviano from participating in the decision of this case is DENIED for the reason that no justice is persuaded that there is any ground for the disqualification of Justice Viviano.

VIVIANO, J., did not participate in the decision because he is the subject of the disqualification motion.

CAVANAGH, J., is not participating in the case, including the motion to disqualify, because the case was argued before she assumed office.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2019



Clerk